```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0157--CV (RRB)
                          "TRUSTEES EX REL V DIX MASONRY INC"

                 Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 07/05/05
             Closed: 09/21/05

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

      Nature of Suit: (791) Employee Retirement Income Security Act of 1974

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 07/05/05 receipt # 00126085
           Trial by:


Parties of Record:                               Counsel of Record:

PLF 1.1            TRUSTEES-AK LABORERS HEALTH &    Sarah E. Josephson
                   SECURITY,                        Jermain Dunnagan et al
                                                    3000 A Street, Suite 300
                                                    Anchorage, AK 99503
                                                    907-563-8844
                                                    FAX 907-563-7322

DEF 1.1            DIX MASONRY INC                  No counsel found for this party!
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0157--CV (RRB)
                              "TRUSTEES EX REL V DIX MASONRY INC"

                                       For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/05/05
            Closed: 09/21/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (791) Employee Retirement Income Security Act of 1974

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 07/05/05 receipt # 00126085
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/05/05 | Complaint filed; Summons issued. |
| 2 - 1 | 08/01/05 | PLF 1 Application for entry of default re: DEF 1 w/att aff. |
| 3 - 1 | 08/02/05 | PLF 1 Return of Service Executed re: DEF 1 on 7/09/05. |
| 4 - 1 | 08/02/05 | Clerk's Notice entering default as to DEF 1. cc: cnsl, Dix Masonry Inc %Debra Dix |
| 5 - 1 | 08/24/05 | PLF 1 motion for entry of default judgment against defendant Dix Masonry, Inc. |
| 6 - 1 | 09/19/05 | RRB Order granting motion for entry of default judgment against defendant Dix Masonry, Inc. (5-1).  cc: cnsl |
| 7 - 1 | 09/21/05 | RRB Default Judgment in favor of plaintiffs against defendant in the principal amount of $25,635.57 plus interest in the amount of $1,206.19, damages in the amount of $958.00, w/attorney fees and costs.  Also w/post judgment interest.   cc: cnsl, (redistributed w/costs 10/13/05) |
| 8 - 1 | 10/03/05 | PLF 1 Bill of Costs w/att exhs. |
| 9 - 1 | 10/04/05 | PLF 1 Notice of cost bill hearing to be held at 9:00 a.m. 10/12/05. |
| 10 - 1 | 10/05/05 | PLF 1 motion for attorney fees w/att exhs. |
| 11 - 1 | 10/13/05 | Clerk's Notice of taxation of plf's cost bill.  Total costs taxed in favor of the plfs and against the def is $318.55. cc: cnsl, Dix Masonry, Inc. |
| 12 - 1 | 11/03/05 | RRB Order granting motion for attorney fees (10-1) in the amount of $6,487.00.   cc: cnsl |