IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of
TRUSTEES of the ALASKA LABORERS HEALTH AND
SECURITY, RETIREMENT, TRAINING AND LEGAL
SERVICES TRUST FUNDS,

                Plaintiffs,

    vs.

DIX MASONRY, INC.,

                Defendant.

Case No. 3:05-CV-157 (RRB)
**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On _____September 22, 2005_____ a judgment was entered in the
docket of the above-entitled court and action, in favor of

> TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY,
> RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS as Judgment
> Creditor and against DIX MASONRY, INC. as Judgment Debtor.
>
> $_____27,800.75_____ principal,
>
> $_____6,487.00_____ attorney fees,
>
> $_____ interest, and
>
> $_____318.55_____ costs, making a total amount of
>
> $_____34,606.30_____ JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after
judgment filed herein, it appears that further sums have accrued
since the entry of judgment, to-wit:

> $_____89.76_____ accrued interest, and
>
> $_____ accrued costs, making a total of
>
> $_____34,696.06_____ JUDGMENT AS ENTERED

CREDIT must be given for payments and partial satisfactions in the
the amount of:

> $_____26,237.24_____ which is to be first credited against the
> total accrued costs and accrued interest, with any excess credited
> against the judgment as entered, leaving a net balance of

$_____8,458.82_____ ACTUALLY DUE ON January 2, 2006, to the Alaska Laborers Trust
Funds, the date of the request for issuance of this writ, of which

$_____8,458.82_____ is due on the judgment as entered,
and bears an interest rate at _3.82_ % per annum in the amount of

$_____.88_____ PER DAY, from the date of the request for issuance
of this writ, to which must be added the commissions and costs of the officer executing this writ.


     THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA,
you are hereby commanded to levy upon and seize and take into
execution the personal property of the said debtor in your
district, sufficient, subject to execution, to satisfy said
judgment, interest and increased interests, costs and increased
costs, and make sale thereof according to law; and if sufficient
personal property cannot be found, then you are further commanded
to make the amount of said judgment, interest, and increased
costs out of his real property.
     HEREIN FAIL NOT, and have you then and there this writ.


DATED _____            MICHAEL HALL, CLERK



[SEAL]                               BY: _____
                                          Deputy Clerk