# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of
TRUSTEES of the ALASKA LABORERS HEALTH
AND SECURITY, RETIREMENT, TRAINING AND
LEGAL SERVICES TRUST FUNDS,

                Plaintiffs,

     vs.

DIX MASONRY, INC.,

             Defendant.

**Case No. 3:05-CV-157(RRB)**
**NOTICE OF LEVY**
**BY A COURT WRIT**

To:    First National Bank Alaska
646 W. 4th Avenue
Anchorage, AK 99501

      YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: DIX MASONRY, INC., **Federal Tax ID#:**920141017 not exceeding the sum of $8,458.82 are hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date:  January _____, 2006

             RANDY M. JOHNSON
             United States Marshal
             District of Alaska

| | | |
|---|---|---|
| Amount of Writ: | $_____ | 222 West 7th Avenue #28 |
| Service Fee: | $_____ | Anchorage, Alaska 99513 |
| Interest: | $_____.88_____per day | (907) 271-5154 |
| Total Due: | $_____ | |

             By: _____
                 Deputy U.S. Marshal

            ********************************

## RESPONSE TO LEVY

To United States Marshal:

You are notified that First National Bank Alaska ( ) does ( ) does not have money, personal property, credits, or debts belonging to <u>DIX MASONRY, INC.</u>, in the amount of $_____ of which $_____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: _____     SIGNATURE:_____

(Type or Print Name) _____

TITLE:_____

---

**Make checks payable to:**
**"CLERK OF COURT'**
**Note Case Number on the checks.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**Mail "Response to Levy" & check to:**
**U.S. Marshals Service**
**222 W. 7th Ave., #28**
**Anchorage, AK 99513**

---