Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>DIX MASONRY, INC.,<br><br>Defendant. | Case No. 3:05-CV-157 (RRB)<br><br>**CREDITOR'S AFFIDAVIT** |

STATE OF ALASKA         )
                                          ) ss.
THIRD JUDICIAL DISTRICT )

I, Sarah E. Josephson, attorney for the plaintiffs in the above-captioned action, upon oath or affirmation and under penalty of perjury, state as follows:

1. This law firm obtained a judgment against Dix Masonry, Inc. in the total amount of $34,606.30.

2. Credit has been given for amounts received of $26,237.24 and applied first to post-judgment interest and costs, for a balance owing on the judgment of $8,458.82 as of January 2, 2006, to the Alaska Laborers Trust Funds.

3. I will attempt to satisfy the judgment by levying against the following property, which we believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.010, *et seq.*:

> The bank account(s) of Dix Masonry, Inc. and Dix Masonry, Inc.'s receivables.

4. The debtor is a corporation and no exemptions are available to it.

DATED at Anchorage, Alaska, this ___5th___ day of January, 2006.

> By: _____
> Sarah E. Josephson
> Jermain, Dunnagan & Owens
> 3000 A Street, Suite 300
> Anchorage, AK 99503
> (907) 563-8844
> (907) 563-7322
> sjosephson@jdolaw.com
> ABA No. 9705017

SUBSCRIBED and SWORN to before me this ___5th___ day of January, 2006, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My commission expires: __3/30/07__

Creditor's Affidavit
Case No. 3:05-CV-157 (RRB)                                2