IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of
TRUSTEES of the ALASKA LABORERS HEALTH AND
SECURITY, RETIREMENT, TRAINING AND LEGAL
SERVICES TRUST FUNDS,

        Plaintiffs,

vs.

DIX MASONRY, INC.,

        Defendant.

Case No. 3:05-CV-157 (RRB)

**AFFIDAVIT AND REQUEST
FOR ISSUANCE OF WRIT OF EXECUTION**

STATE OF ALASKA    )
                           )SS.
THIRD JUDICIAL DISTRICT    )

I, Sarah E. Josephson hereby state under oath:

1. Judgment for $ 27,800.75 was entered on September 22, 2005 in the docket of the above - entitled court action, in favor of the TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS as Judgment Creditor and against DIX MASONRY, INC., as Judgment Debtor.

   (IF A REGISTERED JUDGMENT:)
   Said judgment was registered herein under Title 28,
   U.S. Code, Section 1963, being a judgment which was
   obtained in

   Civil Case No. _____ in the U.S. District Court

   for the District of _____, and which has
   become FINAL.

2. I am the attorney for said Judgment Creditor TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS and request issuance of a Writ of Execution on the judgment.

3. The Judgment Debtor _was not_ represented by Counsel.
                             was/was NOT

4. The Judgment entered _was_ a Default Judgment.
                            was/was NOT

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

5. ACCRUED since the entry of judgment are the following sums:

$ 6,487.00 _____ attorney fees inserted on final judgment.

$ 89.76 _____ accrued interest, computed at ___3.82___ %
(Judgments registered under 28 U.S.C. 1963 bear the
rate of interest of the District of origin).

$ 318.55 _____ accrued costs.

6. CREDIT must be given for payments and partial satisfaction in the total amount of:

$ ___26,237.24___ which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of:

$ 8,458.82 _____ ACTUALLY DUE as of January 2, 2006, to the Alaska Laborers Trust Funds. Of this total, **$8,369.06** is the amount of the original judgment as entered still remaining due and bearing interest at 3.82 % in the amount of $ .88 per day from September 22, 2005, forward.

Dated: 1/5/06    By: _____
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017

SUBSCRIBED and sworn to before me this
5th day of January, 2006.

_____
Notary Public in and for Alaska
My commission expires  3/20/07

[Notary Seal: LESLIE D. JONES, NOTARY PUBLIC, STATE OF ALASKA]

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322