**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| The Alaska Laborers Health & Security Trust Fund, et al. | [redacted] |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dix Masonry, Inc. | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
First National Bank Alaska

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
646 W 4th Avenue, Anchorage, AK 99501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain Dunnagan & Owens
3000 A Street Suite 300
Anchorage, AK 99501

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | $47.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve writ of execution, notice of levy and response to levy on First National Bank Alaska

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 907-563-8844
DATE: 1/11/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk: Linda Klemm
Date: 1-20-06

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Amanda Jensen - Admin. Assist.

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1/24/06   Time: 1407 pm
Signature of U.S. Marshal or Deputy: Rachelle Liedike

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | $45 | | | |

REMARKS: No funds

134406-134494  Total mileage = 8mi @ 48.5¢   44.5

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>               Plaintiffs,<br><br>vs.<br><br>DIX MASONRY, INC.,<br><br>               Defendant. | Case No. 3:05-CV-157(RRB)<br>NOTICE OF LEVY<br>BY A COURT WRIT |

To:    First National Bank Alaska
        646 W. 4th Avenue
        Anchorage, AK 99501



YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: DIX MASONRY, INC., **Federal Tax ID#:920141017** not exceeding the sum of $8,458.82 are hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: January _____, 2006

RANDY M. JOHNSON
United States Marshal
District of Alaska

Amount of Writ:    $ _____
Service Fee:         $ _____
Interest:             $   .88   per day
Total Due:         $ _____

222 West 7th Avenue #28
Anchorage, Alaska 99513
(907) 271-5154

By: _____

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Deputy U.S. Marshal

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RESPONSE TO LEVY**

To United States Marshal:

You are notified that First National Bank Alaska ( ) does (X) does not have money, personal property, credits, or debts belonging to <u>DIX MASONRY, INC.</u>, in the amount of $ _____ of which $ _____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: 1/24/06              SIGNATURE: _____

(Type or Print Name) Michael Martin
                     Vice President & Legal Counsel
TITLE: First National Bank Alaska
       (907) 777-3023

**Make checks payable to:**
**"CLERK OF COURT"**
Note Case Number on the checks.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Mail "Response to Levy" & check to:**
U.S. Marshals Service
222 W. 7th Ave., #28
Anchorage, AK 99513

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322