| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>The Alaska Laborers Health & Security Trust Fund, et al. | COURT CASE NUMBER<br>3:05-CV-157-RRB |
|---|---|
| DEFENDANT<br>Dix Masonry, Inc. | TYPE OF PROCESS<br>Writ of Execution |

| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | First National Bank Alaska |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 646 W. 4th Avenue    Anchorage, AK 99501 |

RECEIVED
AUG 29 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | $47.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve writ of execution, notice of levy and response to levy on First National Bank Alaska

Signature of Attorney or other Originator requesting service on behalf of:    [signed] Dawn Andrews
XX PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (907) 563-8844
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk | Date<br>2-17-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
JENNIFER McKISSICK

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 2/2/06    Time: 1020 pm

Signature of U.S. Marshal or Deputy: [signed]

| Service Fee<br>45 | Total Mileage Charges (including endeavors)<br>.59 | Forwarding Fee | Total Charges<br>45.89 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
2 miles @ per mile = 44.5

Returned No Funds [signatures]

2006 JUL 17 AM 9:06
U.S. MARSHAL SERVICE
ALASKA

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

RECEIVED
U.S. MARSHAL SERVICE
ALASKA
2006 AUG 15 AM 8: 56

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>      Plaintiffs,<br><br>vs.<br><br>DIX MASONRY, INC.,<br><br>      Defendant. | Case No. 3:05-CV-157-RRB<br><br>**NOTICE OF LEVY<br>BY A COURT WRIT** |

To:   First National Bank Alaska
    646 W. 4th Avenue
    Anchorage, AK 99501

   YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: DIX MASONRY, INC., **Federal Tax ID#** _____ ceeding the sum of $8,911.08 are hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: July _____, 2006

RANDY M. JOHNSON
United States Marshal
District of Alaska

Amount of Writ:   $ 8,911.08
Service Fee:     $   47.00
Interest:       $    .89   per day
Total Due:      $ _____

222 West 7th Avenue #28
Anchorage, Alaska 99513
(907) 271-5154

By: _____
   Deputy U.S. Marshal

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

## RESPONSE TO LEVY

To United States Marshal:

You are notified that First National Bank Alaska ( ) does (X) does not have money, personal property, credits, or debts belonging to <u>DIX MASONRY, INC.</u>, in the amount of $_____ of which $_____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: 7/26/06            SIGNATURE: _____
                                        Michael Martin
                         (Type or Print Name) Vice President & Legal Counsel
                                        First National Bank Alaska
                         TITLE: _____
                                        (907) 777-3023

---

**Make checks payable to:**
**"CLERK OF COURT'**
**Note Case Number on the checks.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Mail "Response to Levy" & check to:**
**U.S. Marshals Service**
**222 W. 7th Ave., #28**
**Anchorage, AK 99513**

---

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Case No. 3:05-CV-157-RRB

Page 2