**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| The Alaska Laborers Health & Security Trust Fund et al. | 3:05-CV-157-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dix Masonry, Inc. | Writ of Execution |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➤ Wells Fargo Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
301 W. Northern Lights Blvd. (correction) Anchorage, AK 99503
Raspberry & "C" St.

RECEIVED JUN 01 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve writ of execution, notice of levy and response to levy on Wells Fargo Bank, on MAY 31, 2007

Signature of Attorney or other Originator requesting service on behalf of: *Dawn Andrews*
XX PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 563-8844
DATE: 5/11/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk
Date: 5/29/07

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Linda Ratz, Asst. Manager, Raspberry & C St Main Office

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): *See attached response

Date of Service: 5-31-07    Time: 1105 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 3.88 | | $48.88 | | | |

REMARKS: 8 miles R.T.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>DIX MASONRY, INC.,<br><br>Defendant. | Case No. 3:05-CV-157-RRB<br><br>**NOTICE OF LEVY<br>BY A COURT WRIT** |

To:   Wells Fargo Bank
      301 W. Northern Lights Blvd.
      Anchorage, AK 99503

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: DIX MASONRY, INC., F **redacted** not exceeding the sum of $9,147.79 are hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: May __31__, 2007

Amount of Writ:   $ 9,147.79
Service Fee:      $    45.89
Interest:         $      .89    per day
Total Due:        $

RANDY M. JOHNSON
United States Marshal
District of Alaska

222 West 7th Avenue #28
Anchorage, Alaska 99513
(907) 271-5154

By: _____
Deputy U.S. Marshal

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RESPONSE TO LEVY

To United States Marshal:

You are notified that Wells Fargo Bank ( ) does (X) does not have money, personal property, credits, or debts belonging to <u>DIX MASONRY, INC.</u>, in the amount of $<u>NO ACCOUNT FOUND</u> which $ <u>NO ACCOUNT FOUND</u> is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: <u>MAY 3 1 2007</u>    SIGNATURE: <u>Krystal Reyes</u>

(Type or Print Name) <u>Krystal Reyes</u>

TITLE: <u>Processor</u>

Make checks payable to:
**"CLERK OF COURT"**
Note Case Number on the checks.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Mail "Response to Levy" & check to:
U.S. Marshals Service
222 W. 7th Ave., #28
Anchorage, AK 99513

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Case No. 3:05-CV-157-RRB                                    Page 2

RECEIVED TIME  MAY. 31.  12:11PM