

# United States Department of Justice
## United States Marshals Service
### District of Alaska

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska  99513-7568

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **3:05-CIV-157** Original Writ of Execution

Date:  January 28, 2008

**RECEIVED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

The attached original writ is being returned to your office.  No further action will be take on this writ.  All process has been previously returned to the Clerk of Court.

*Linda M. Cranmer*
Linda M. Cranmer
Civil Administrator/
Purchasing Agent

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>DIX MASONRY, INC.,<br><br>Defendant. | Case No. 3:05-CV-157 (RRB)<br>**WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On ___September 22, 2005___ a judgment was entered in the docket of the above-entitled court and action, in favor of

> TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS as Judgment Creditor and against DIX MASONRY, INC. as Judgment Debtor.
>
> $___27,800.75___ principal,
>
> $___6,487.00___ attorney fees,
>
> $_____ interest, and
>
> $___318.55___ costs, making a total amount of
>
> $___34,606.30___ JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

> $___89.76___ accrued interest, and
>
> $_____ accrued costs, making a total of
>
> $___34,696.06___ JUDGMENT AS ENTERED

CREDIT must be given for payments and partial satisfactions in the the amount of:

> $___26,237.24___ which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of

Case No. 3:05-CV-157 (RRB)                                                                                    Page 1

$_____8,458.82_____ ACTUALLY DUE ON January 2, 2006, to the Alaska Laborers Trust Funds, the date of the request for issuance of this writ, of which

$_____8,458.82_____ is due on the judgment as entered, and bears an interest rate at _3.82_ % per annum in the amount of

$_____.88_____ PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED January 9, 2006

IDA ROMACK

[SEAL]

BY: **Redacted Signature**

Deputy Clerk